# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**CLIVENS GOLDMAN** and **ANDREA GOLDMAN,**
Appellants,

v.

**HSBC BANK USA, NATIONAL ASSOCIATION,** As Trustee for **JP MORGAN MORTGAGE TRUST 2007-A6, MORTGAGE PASS-THROUGH CERTIFICATES,** Without Recourse,
Appellee.

No. 4D18-1906

[December 20, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 50-2016-CA-006285-XXXX-MB.

Clivens Goldman and Andrea Goldman, Wellington, pro se.

Jan Timothy Williams of Lapin & Leichtling, LLP, Winter Park, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***